```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-21628-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE

WILLIAM C. COLEY,         :

      Petitioner,         :
                                   REPORT RECOMMENDING TRANSFER
v.                        :                OF VENUE
                                         28 U.S.C. §2254
WALTER MCNEIL,            :

      Respondent.         :
_____
```

This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition attacks the conviction 96-1704B entered in the Circuit Court of the Fourteenth Judicial Circuit, Florida, at Bay County. Bay County is located in the Northern District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

The Northern District, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

It is further recommended that the motion to amend with corrections (DE#4) be denied as moot.

Dated this 24th day of June, 2008.

UNITED STATES MAGISTRATE JUDGE

cc: William C, Coley, Pro Se
DC#967352
Dade CI
Address of Record

Lucy Lara, Case Assignment Administrator

2